IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:14-CR-00006-MR-WCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, )<br>                   Plaintiff, )<br>)<br>v. )<br>)<br>CECILIA BELLE BRADLEY, )<br>                   Defendant, )<br>)<br>and )<br>)<br>EASTERN BAND OF CHEROKEE INDIANS, )<br>                   Garnishee. )<br>_____ ) | | ORDER |

This matter is before the Court on the Government's Motion for Dismissal of Order of Continuing Garnishment (Doc. 110).

For the reasons stated therein and for good cause shown, the Government's Motion is **GRANTED**, and the Order of Continuing Garnishment (Doc. 83) is **TERMINATED**.

Signed: January 31, 2024

W. Carleton Metcalf
United States Magistrate Judge

1